WHITAKER v. TOWN OF SCOTLAND NECK

No. 49PA03

Case below: 154 N.C. App. 660

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 27 February 2003.

WHITMIRE v. COOPER

No. 23P02-2

Case below: 153 N.C. App. 730

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

WRIGHT v. SMITH

No. 374P02

Case below: 151 N.C. App. 121

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.


PETITION TO REHEAR

AUSLEY v. BISHOP

No. 287A02

Case below: 356 N.C. 422

Petition by plaintiff to rehear pursuant to Rule 31 denied 27 February 2003. Justice Edmunds recused.